# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE<br>1310 L Street, NW, Suite 200<br>Washington, DC 20005<br><div align="right">*Plaintiff*,</div><br><div align="center">*v.*</div><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS<br>810 Vermont Avenue, NW<br>Washington, DC 20420<br><br><div align="right">*Defendant*.</div> | Civil Action No. 1:25-cv-01850 |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1.      The United States is defined by religious pluralism and toleration, and our military veterans reflect this diversity of beliefs. Christians, Muslims, Jews, Sikhs, Hindus, Buddhists, atheists, humanists, and others have proudly served alongside one another in the U.S. military, united by their shared commitment to democratic principles. Defendant United States Department of Veterans Affairs ("VA") exists to serve this diverse population and provides support to veterans of all religions and none.

2.      In February 2025, President Trump issued an Executive Order—drawing on misleading and decontextualized anecdotes—that accused the VA and other federal agencies of unfairly targeting Christians through discriminatory policies and practices. In response, the VA created its own task force to investigate its treatment of Christians under the prior administration. The VA's task force asked employees to report on any policies, procedures, or unofficial understandings that the employees considered "hostile to Christian views."

3.      Plaintiff Americans United for Separation of Church and State ("Americans United") is a nonprofit organization that defends religious plurality and fights to preserve the constitutional guarantee of religious neutrality. For nearly eighty years, Americans United has engaged in legal and advocacy work to ensure that religious freedom operates as a shield to protect the rights of everyone and never as a sword to harm anyone based on their beliefs.

4.      To better understand how the VA—and the federal government writ large—is defining and investigating anti-Christian bias, Americans United submitted a Freedom of Information Act ("FOIA") request to the VA in May 2025. This request asked for data on instances of reported anti-Christian and anti-religious bias within the VA, as well as records relating to the creation and implementation of the VA's task force.

5.     To date, the VA has not made any determination with respect to Americans United's FOIA request. Americans United brings this action under the FOIA to compel production of these important records.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this matter pursuant to the FOIA, 5 U.S.C. § 552(a)(4)(B), and 28 U.S.C. § 1331.

7.     Venue is proper in this district pursuant to the FOIA, 5 U.S.C. § 552(a)(4)(B).

## PARTIES

8.     Plaintiff Americans United is a 501(c)(3) nonprofit organization headquartered at 1310 L Street, NW, Suite 200 in Washington, D.C.

9.     Defendant VA is a federal agency headquartered at 810 Vermont Avenue, NW in Washington, D.C. The VA provides care and assistance to individuals who have served in the U.S. military and to their families, caregivers, and survivors.

## STATEMENT OF FACTS

### A.  Americans United's Work to Ensure Government Neutrality Toward Religion

10.     Americans United is a nonprofit, mission-driven organization dedicated to ensuring religious neutrality at all levels of government and to protecting the constitutionally mandated separation of church and state. Using a combination of advocacy, community outreach, and litigation, Americans United fights for freedom without favor and equality without exception.

11.     Disseminating information is an integral component of Americans United's mission. Americans United publishes a monthly magazine, *Church & State*, which highlights key issues and current events impacting the relationship between government and religion. In addition,

Americans United regularly publishes articles on its online blog, *Wall of Separation*, to improve public understanding of the ways in which government involvement in religion affects everyone.

12.     To engage in its mission-driven work, Americans United utilizes FOIA requests, such as the request underlying this lawsuit, to improve our understanding of government policies that affect, promote, or discriminate among religions.[1]

13.     Information obtained through FOIA requests informs Americans United's public-facing advocacy and communications.

**B. Executive Order 14202 and Creation of VA Task Force**

14.     On February 6, 2025, President Trump issued an Executive Order purportedly focused on "Eradicating Anti-Christian Bias." Exec. Order 14,202, 90 Fed. Reg. 9365.

15.     The Executive Order accused the Biden administration of targeting Christians and ignoring anti-Christian discrimination, citing ostensible examples related to high-profile issues such as abortion access and transgender rights.

16.     In the name of "protect[ing] the freedom of Americans and groups of Americans to practice their faith in peace," the Executive Order created an "Anti-Christian Bias" Task Force. This Task Force consists of leading officials from federal agencies, including the Secretary of Veterans Affairs. *Id.* at 9366.

---

[1] *See, e.g.*, Ams. United for Separation of Church & State, *Americans United Files Request Seeking Info on DOJ Task Force* (Dec. 1, 2018), https://www.au.org/the-latest/church-and-state/articles/americans-united-files-request-seeking-info-on/; Ams. United for Separation of Church & State, *AU Files Request for Trump Administration Documents About Religious Exemptions* (May 1, 2017), https://www.au.org/the-latest/church-and-state/articles/au-files-request-for-trump-administration-documents/; Ams. United for Separation of Church & State, *Anti-Muslim Travel Ban Cases*, https://www.au.org/how-we-protect-religious-freedom/legal-cases/cases/anti-muslim-travel-ban-cases/ (last updated Nov. 2, 2022).

17.     The Executive Order instructs the Anti-Christian Bias Task Force to review the activities of all executive departments and agencies to "identify any unlawful anti-Christian policies, practices, or conduct[.]" *Id.* If the Task Force identifies any such policies, it must "take appropriate action" to recommend their termination or revocation. *Id.*

18.     The Executive Order also instructs the Anti-Christian Bias Task Force to "identify deficiencies in existing laws and enforcement and regulatory practices that have contributed to unlawful anti-Christian governmental or private conduct" and to recommend "any additional Presidential or legislative action necessary to rectify past improper anti-Christian conduct [.]" *Id.* at 9367.

19.     The Executive Order does not define what it means to be "anti-Christian," nor does it specify the criteria used to identify anti-Christian policies, practices, or conduct.

20.     In response to the Executive Order, the VA announced that it was establishing its own task force to investigate instances of anti-Christian Bias within the agency.

21.      In an internal email announcing the creation of this task force, the VA urged employees to report allegations of "policies, procedures . . . or understandings hostile to Christian views" to a designated email address. [2]

22.     Based on publicly available materials, it does not appear that the VA has defined what it means to be "hostile to Christian views," nor has it specified the criteria it will use to identify policies, procedures, or understandings that meet this threshold.

---

[2] *See* Léonie Chao-Fong, *Veterans Affairs Agency Orders Staff to Report Each Other for 'Anti-Christian Bias,* The Guardian (Apr. 22, 2025), https://www.theguardian.com/us-news/2025/apr/22/veterans-affairs-anti-christian-bias.

23.     Christians are not a monolith and do not share a universal set of beliefs. For example, views on abortion and transgender rights vary widely between Christian denominations and among individual Christians.[3]

24.     As a result, the public lacks clarity on how the VA will determine whether specific policies or practices are "hostile to Christian views" or otherwise reflect anti-Christian bias.

25.     Because the VA is focusing solely on allegations of anti-Christian bias, its actions also raise concerns about denominational favoritism and potential discrimination against non-Christian and non-religious beliefs or individuals.

**C. Plaintiff's FOIA Request**

26.     On May 7, 2025, Americans United submitted a FOIA request to the VA using the agency's online portal. A copy of this request ("FOIA Request") is attached as **Exhibit A.**

27.     This request seeks data and documentation on ostensible instances of anti-Christian or other anti-religious bias at the VA, as well as records related to the VA's response to Executive Order 14202 and its subsequent creation of an internal task force to investigate anti-Christian bias.

28.     Americans United also sought a fee waiver as a member of the news media and because disclosure of the requested records is in the public interest.

29.     The requested records will improve public understanding of government conduct, including among things the prevalence of allegations of religious bias within the VA, the agency's

---

[3] *See, e.g.*, David Masci, *Where Major Religious Groups Stand on Abortion*, Pew Rsch. Ctr. (June 21, 2016), https://www.pewresearch.org/short-reads/2016/06/21/where-major-religious-groups-stand-on-abortion/; Michael Lipka & Patricia Tevington, *Attitudes About Transgender Issues Vary Widely Among Christians, Religious 'Nones' in U.S.*, Pew Rsch. Ctr. (July 7, 2022), https://www.pewresearch.org/short-reads/2022/07/07/attitudes-about-transgender-issues-vary-widely-among-christians-religious-nones-in-u-s/.

response to allegations of religious discrimination, and how the VA is defining and investigating anti-Christian bias.

30.    The VA acknowledged receipt of the FOIA Request in an email dated May 7, 2025, and assigned the request Case Number 25-23260-F.

31.    As of the filing date of this Complaint, the VA has not made any determination with respect to the FOIA Request.

32.    Plaintiff has exhausted its administrative remedies with respect to the FOIA Request because the VA failed to comply with the FOIA's time limit provisions. *See* 5 U.S.C. § 552(a)(6)(C)(i).

## CLAIM FOR RELIEF

33.    Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

34.    Plaintiff has a legal right under the FOIA to obtain the specific records sought in the FOIA Request.

35.    Defendant was required to notify Plaintiff of the agency's determination within thirty working days after receiving the FOIA Request. 5 U.S.C. § 552(a)(6)(A), (a)(6)(B).

36.    Defendant violated the law by failing to respond to the FOIA Request in a timely manner, to conduct a reasonable search for records responsive to the FOIA Request, and to promptly make the requested records available to Plaintiff. 5 U.S.C. § 552(a); 6 C.F.R. §§ 5.5–5.6.

37.    Defendant currently has possession, custody, or control of the requested records.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court:

1.      Declare that Defendant violated the FOIA by unlawfully withholding the requested records;

2.      Order Defendant to conduct a reasonable search for the requested records and to disclose them to Plaintiff in their entireties and requested format as soon as practicable;

3.      Review any and all of Defendant's decisions to redact or withhold information in the requested record as exempt from disclosure;

4.      Award Plaintiff costs and reasonable attorneys' fees in this action as provided in 5 U.S.C. § 552(a)(4)(E); and

5.      Grant other such relief as the Court may deem just and proper.


Dated: June 12, 2025                    Respectfully submitted,

                                        /s/ Alexandra Zaretsky

                                        Alexandra Zaretsky* (D.D.C. Bar No. NY0434)
                                        AMERICANS UNITED FOR SEPARATION
                                        OF CHURCH AND STATE
                                        1310 L Street, NW, Suite 200
                                        Washington, DC 20005
                                        zaretsky@au.org
                                        (202) 898-2145

                                        *Not a member of the D.C. Bar. Authorized to
                                        practice in federal court proceedings pursuant to
                                        D.C. App. Rule 49(c)(3).*